UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

In RE:  Gregory Robert O'Brien                                    Case Number:  18-21225

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the Order Confirming was mailed on 12/20/2018 to the persons indicated either by mail or electronically.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

| | |
|---|---|
| Gregory Robert O'Brien<br>505 Spillman Dr.<br>Dry Ridge, KY  41035 | ADAMS, W. RON<br>488 ERLANGER ROAD<br>COVINGTON, KY  41018-1428 |
| SYNCHRONY BANK<br>VIA ECF<br>, | GE CREDIT UNION<br>10485 READING ROAD<br>CINCINNATI, OH  45241 |
| HSBC BANK USA NA<br>% OCWEN LOAN SERVICING LLC<br>ATTN: CASHIERING DEPARTMENT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409 | TOYOTA LEASE TRUST<br>TOYOTA MOTOR CREDIT<br>CORPORATION<br>P O BOX 9490<br>CEDAR RAPIDS, IA  52409-9490 |
| MILLSAP & SINGER LLC<br>612 SPIRIT DRIVE<br>ST LOUIS, MO  63005 | WOOD & LAMPING LLP<br>VIA ECF<br>, |

SHAPIRO VAN ESS PHILLIPS &
BARRAGATE LLP
VIA ECF
,

HSBC BANK USA NA
% OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
P O BOX 24605
WEST PALM BEACH, FL  33416-4605

PORTFOLIO RECOVERY ASSOC
P O BOX 41067
NORFOLK, VA  23541-1067

TOYOTA LEASE TRUST
Toyota Motor Credit Corporation
P O Box 9013
Addison, TX  75001

JEFFERSON CAPITAL SYSTEMS LLC
P O BOX 7999
ST CLOUD, MN  56302-9617

CITIBANK, NA
701 EAST 60TH STREET NORTH
SIOUX FALLS, SD  57117

**Chapter 13 Trustee**
**P O Box 2204**
**Lexington, KY   40588-2204**

In RE:   Gregory Robert O'Brien                                              Case Number:  18-21225

  Below is a list of scheduled payments for your confirmed Chapter 13 plan.  The reason for this schedule is for you to be aware when your Chapter 13 plan payment is due to increase or decrease.  We will not send out a reminder letter when these payment changes happen.   Even though the payment schedule shown is for 60 months, your plan might end sooner.

  Your payments might change after you receive this letter if your plan is modified.  We will not send an updated payment schedule to you.

| Period | Date (Month/Year) | Payment Due | Payment Received |
|---|---|---|---|
| 1 | 09/2018 | $0.00 | $0.00 |
| 2 | 10/2018 | $2,117.77 | $1,060.00 |
| 3 | 11/2018 | $2,117.77 | $2,117.74 |
| 4 | 12/2018 | $2,117.77 | $2,117.74 |
| 5 | 01/2019 | $2,117.77 | $0.00 |
| 6 | 02/2019 | $2,117.77 | $0.00 |
| 7 | 03/2019 | $2,117.77 | $0.00 |
| 8 | 04/2019 | $2,117.77 | $0.00 |
| 9 | 05/2019 | $2,117.77 | $0.00 |
| 10 | 06/2019 | $2,117.77 | $0.00 |
| 11 | 07/2019 | $2,117.77 | $0.00 |
| 12 | 08/2019 | $2,117.77 | $0.00 |
| 13 | 09/2019 | $2,117.77 | $0.00 |
| 14 | 10/2019 | $2,117.77 | $0.00 |
| 15 | 11/2019 | $2,117.77 | $0.00 |
| 16 | 12/2019 | $2,117.77 | $0.00 |
| 17 | 01/2020 | $2,117.77 | $0.00 |
| 18 | 02/2020 | $2,117.77 | $0.00 |
| 19 | 03/2020 | $2,117.77 | $0.00 |
| 20 | 04/2020 | $2,117.77 | $0.00 |
| 21 | 05/2020 | $2,117.77 | $0.00 |
| 22 | 06/2020 | $2,117.77 | $0.00 |
| 23 | 07/2020 | $2,117.77 | $0.00 |
| 24 | 08/2020 | $2,117.77 | $0.00 |
| 25 | 09/2020 | $2,117.77 | $0.00 |
| 26 | 10/2020 | $2,117.77 | $0.00 |
| 27 | 11/2020 | $2,117.77 | $0.00 |
| 28 | 12/2020 | $2,117.77 | $0.00 |
| 29 | 01/2021 | $2,117.77 | $0.00 |
| 30 | 02/2021 | $2,117.77 | $0.00 |
| 31 | 03/2021 | $2,117.77 | $0.00 |
| 32 | 04/2021 | $2,117.77 | $0.00 |
| 33 | 05/2021 | $2,117.77 | $0.00 |
| 34 | 06/2021 | $2,117.77 | $0.00 |

| | | | |
|---|---|---|---|
| 35 | 07/2021 | $2,117.77 | $0.00 |
| 36 | 08/2021 | $2,117.77 | $0.00 |
| 37 | 09/2021 | $2,117.77 | $0.00 |
| 38 | 10/2021 | $2,117.77 | $0.00 |
| 39 | 11/2021 | $2,117.77 | $0.00 |
| 40 | 12/2021 | $2,117.77 | $0.00 |
| 41 | 01/2022 | $2,117.77 | $0.00 |
| 42 | 02/2022 | $2,117.77 | $0.00 |
| 43 | 03/2022 | $2,117.77 | $0.00 |
| 44 | 04/2022 | $2,117.77 | $0.00 |
| 45 | 05/2022 | $2,117.77 | $0.00 |
| 46 | 06/2022 | $2,117.77 | $0.00 |
| 47 | 07/2022 | $2,117.77 | $0.00 |
| 48 | 08/2022 | $2,117.77 | $0.00 |
| 49 | 09/2022 | $2,117.77 | $0.00 |
| 50 | 10/2022 | $2,117.77 | $0.00 |
| 51 | 11/2022 | $2,117.77 | $0.00 |
| 52 | 12/2022 | $2,117.77 | $0.00 |
| 53 | 01/2023 | $2,117.77 | $0.00 |
| 54 | 02/2023 | $2,117.77 | $0.00 |
| 55 | 03/2023 | $2,117.77 | $0.00 |
| 56 | 04/2023 | $2,117.77 | $0.00 |
| 57 | 05/2023 | $2,117.77 | $0.00 |
| 58 | 06/2023 | $2,117.77 | $0.00 |
| 59 | 07/2023 | $2,117.77 | $0.00 |
| 60 | 08/2023 | $2,117.77 | $0.00 |
| 61 | 09/2023 | $2,117.77 | $0.00 |

If you have any questions, please contact your attorney.