**United States Bankruptcy Court**
**Eastern District of Kentucky-Covington Division**

In re    Gregory Robert O'Brien                          Case No.    18-21225
                                    Debtor(s)             Chapter     13

# ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before this Court by Motion to Modify of Debtor's Counsel and for good cause shown,

IT IS HEREBY ORDERED, that the Motion to modify Plan payments dated July 17, 2019 is SUSTAINED.

COPY TO:

U.S. Trustee
Beverly M. Burden, Chapter 13 Trustee
All Creditors

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, July 25, 2019**
(tnw)